# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS, § <br> AT LLOYDS, LONDON § <br> § <br> § <br> v. § <br> § <br> § <br> ELIAS SHOKRIAN, BEN BAROUKH, § <br> L.L.C., ELSHIRE ENTERPRISES, L.P., § <br> CALIFCO, L.P., AND SEJ PROPERTIES, § <br> L.P. § | | CASE NO. 4:11-CV-00244 <br> (Judge Schneider/Judge Mazzant) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Elias Shokrian, Ben Baroukh, L.L.C., Elshire Enterprises, L.P., Califco, L.P., and SEJ Properties, L.P.'s Motion to Abstain and Dismiss Plaintiff's Original Complaint (Dkt. #18) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Elias Shokrian, Ben Baroukh, L.L.C., Elshire

Enterprises, L.P., Califco, L.P., and SEJ Properties, L.P.'s Motion to Abstain and Dismiss Plaintiff's Original Complaint (Dkt. #18) is DENIED.

**It is SO ORDERED.**

**SIGNED this 15th day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE